NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

v.

**GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, ALSO KNOWN AS AMERICAN NATIONAL FIRE INSURANCE COMPANY,**
*Defendant-Appellant,*

AND

**WASHINGTON INTERNATIONAL INSURANCE COMPANY,**
*Defendant.*

---

2012-1056

---

Appeal from the United States Court of International Trade in case no. 09-CV-0187, Senior Judge Richard W. Goldberg.

---

**ON MOTION**

---

**O R D E R**

The court construes Great American Insurance Company of New York (Great American Insurance)'s notice that the Court of International Trade denied the United States' motion to amend the judgment as a motion to lift the stay.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the stay is lifted and Great American Insurance's initial brief is due within 40 days of the date of filing of this order.

FOR THE COURT

**MAY 2 2 2012**

Date

/s/ Jan Horbaly

Jan Horbaly .
Clerk

cc: Theodore R. Posner, Esq.
    Amy M. Rubin, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 2 2012

JAN HORBALY
CLERK